# United States Bankruptcy Court

Central District of California

FILED OCT - 7 2008

ENTERED OCT 17 2008

In re <u>Michael Shayne Magness,</u> )
)
)
**Debtor** )  Case No. <u>08-17223 KT</u>
Address: 5628 Comanche Ave. )
Woodland Hills, CA 91367 )
)
)
Last four digits of Social Security Number: <u>0884</u> )
)

## Debtors Motion For Extension Of Time To File Documents

Debtor moves for an extension of time to file: Schedules/Statement of Financial Affairs

Date petition was filed: September 22, 2008

Date of meeting of creditors: October 27, 2008

Debtor requests an extension to: October 15, 2008

Reason for extension: Loss/Change of attorney

### ORDER

The Debtor's request for an extension is granted. Debtor shall have until October 15, 2008 to file the required documents.

IT IS SO ORDERED.

THIS  16th  DAY OF  October

*/s/ Kathleen Thompson*
BANKRUPTCY JUDGE

Date: <u>October 7, 2008</u>   Debtor: */s/ Michael Magness*