B6 Summary (Official Form 6 - Summary) (12/07)

FILED

OCT 15 2008

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

# United States Bankruptcy Court

### Central District of California

In re  Michael Shayne Magness                    ,          Case No.  1:08-bk-17223-KT
                        Debtor

                                                              Chapter  7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 1,060,000.00 | | |
| B - Personal Property | Yes | 3 | $ 44,850.72 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $ 1,151,572.33 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 13,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $ 1,103,884.48 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 4,000.00 |
| J - Current Expenditures of Individual Debtors(s) | Yes | 1 | | | $ -3,781.28 |
| TOTAL | | 20 | $ 1,104,850.72 | $ 2,268,456.81 | |

B6A (Official Form 6A) (12/07)

In re  Michael Shayne Magness                    ,        Case No.  1:08-bk-17223-KT
                    **Debtor**                                         **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| House - 5628 Comanche Ave. Woodland Hills, CA 91367 | Primary Residence | H | 650,000.00 | 706000 |
| House - 626 Museum Dr. Los Angeles CA 90065 | Single Family Residence | H | 250,000.00 | 333,600.00 |
| Vacant Lot #1 - Adjacent to 626 Museum Dr. Los Angeles CA | Buildable Land | H | 80,000.00 | 0.00 |
| Vacant Lot #2 - Adjacent to 626 Museum Dr. Los Angeles CA | Buildable Land | H | 80,000.00 | 0.00 |
| | | Total▶ | 1,060,000.00 | |

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re  Michael Shayne Magness                          ,        Case No.   1:08-bk-17223-KT
                **Debtor**                                                 **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | N | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account: $450.72<br>Burbank Federal Credit Union | H | 450.72 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | N | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Furniture,Audio, Video, Computer Equipment<br>5628 Comanche Ave. Woodland Hills CA 91367 | H | 3,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | N | | | |
| 6. Wearing apparel. | | personal clothing - residence | H | 500.00 |
| 7. Furs and jewelry. | | watch - residence | H | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Firearm Collection, Workout Equipment - residence | H | 1,200.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | N | | | |
| 10. Annuities. Itemize and name each issuer. | N | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | N | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  Michael Shayne Magness                        ,        Case No.   1:08-bk-17223-KT
                    **Debtor**                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | N | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | N | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | N | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | N | | | |
| 16. Accounts receivable. | N | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | N | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | N | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | N | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | N | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | N | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  Michael Shayne Magness                    ,          Case No.  1:08-bk-17223-KT
              **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | N | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | N | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Past and Present Client Database - residence | H | 5,000.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Ford Truck & RV Trailer- Personal Residence | H | 25,000.00 |
| 26. Boats, motors, and accessories. | | Dirt Bike & ATVs - personal residence | H | 9,000.00 |
| 27. Aircraft and accessories. | N | | | |
| 28. Office equipment, furnishings, and supplies. | | Printer & Scanner | | 200.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | N | | | |
| 30. Inventory. | N | | | |
| 31. Animals. | N | | | |
| 32. Crops - growing or harvested. Give particulars. | N | | | |
| 33. Farming equipment and implements. | N | | | |
| 34. Farm supplies, chemicals, and feed. | N | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | | | |

_____ continuation sheets attached    Total▶    $                44,850.72

(Include amounts from any continuation
sheets attached.  Report total also on
Summary of Schedules.)

B 6C (Official Form 6C) (12/07)

In re  Michael Shayne Magness              ,          Case No.   1:08-bk-17223-KT
                 **Debtor**                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $136,875.
☑  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Primary Residence | 704.710 | 75,000.00 | 650,000.00 |
| RV Trailer/2nd Home | 704.710 | 75,000.00 | 12,000.00 |
| Truck | 704.060 | 5,000.00 | 13,000.00 |
| HomeFurnishings/Clothing/ Appliances/Food | 704.020 | | 6,500.00 |
| Wages/Commisions | 704.070 | | 4,000.00 |
| Motorcycle & ATV | 704.010 | 1,900.00 | 5,000.00 |
| Watch | 704.040 | | 500.00 |
| 626 Museum Dr. Los Angeles CA 90065 | 704.710 | 75,000.00 | 250,000.00 |
| Adjacent Lot #1 | 704.710 | 75,000.00 | 80,000.00 |
| Adjacent Lot #2 | 704.710 | 75,000.00 | 80,000.00 |

B 6D (Official Form 6D) (12/07)

In re  Michael Shayne Magness                    ,          Case No.  1:08-bk-17223-KT
                          **Debtor**                                                     **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 104957009 <br><br> Countrywide <br> P.O. Box 10287 <br> Van Nuys, CA 91410-0287 | | H | 09/25/2005 <br> 1st Mortgage <br> Primary <br> Residence <br><br> VALUE $ 650,000.00 | X | X | | 605,000.00 | |
| ACCOUNT NO. 105469625 <br><br> Countrywide <br> P.O. Box 10287 <br> Van Nuys, CA 91410-0287 | | H | 09/25/2005 <br> 2nd Mortgage <br> Primary <br> Residence <br><br> VALUE $ 650,000.00 | X | X | | 108,000.00 | |
| ACCOUNT NO. 134797094 <br><br> Countrywide <br> P.O. Box 10287 <br> Van Nuys, CA 91410-0287 | | H | 04/12/2006 <br> 1st Mortgage <br> 2nd Home <br><br> VALUE $ 250,000.00 | X | X | | 333,600.00 | |

  3   continuation sheets
       attached

Subtotal ▶
(Total of this page)

$ 1,046,600.00

$

Total ▶
(Use only on last page)

$

$

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.

2

In re  Michael Shayne Magness                    ,        Case No.  1:08-bk-17223-KT
              **Debtor**                                                    **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 13403253<br><br>Countrywide<br>P.O. Box 10287<br>Van Nuys, CA<br>91410-0287 | | H | 04/12/2006<br>2nd Mortgage<br>2nd Home<br><br>VALUE $ 250,000.00 | x | x | | 42,000.00 | |
| ACCOUNT NO.<br><br>2151009012<br>LA County Tax Collector<br>P.O. Box 54018<br>LosAngeles CA 90054 | | H | 09/01/2004<br>Property Taxes<br>Primary Residence<br><br>VALUE $ 650,000.00 | X | X | | 19,185.71 | |
| ACCOUNT NO.<br><br>5466013019<br>LA County Tax Collector<br>P.O. Box 54018 | | H | 04/12/2006<br>Property Taxes<br>2nd Home<br><br>VALUE $ 250,000.00 | X | X | | 8,805.69 | |
| ACCOUNT NO.<br><br>5466013021<br>LA County Tax Collector<br>P.O. Box 54018 | | H | 04/12/2006<br>Property Taxes<br>Lot #1<br><br>VALUE $ 80,000.00 | X | X | | 2,542.80 | |
| ACCOUNT NO.<br><br>5466013021<br>LA County Tax Collector<br>P.O. Box 54018 | | H | 04/12/2006<br>Property Taxes<br>Lot #1<br><br>VALUE $ 80,000.00 | X | X | | 2,338.13 | |

Sheet no.__2__of__3__continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal (s)▶
(Total(s) of this page)

$
74,872.33

$

Total(s) ▶
(Use only on last page)

$

$

(Report also on
Summary of Schedules.)

(If applicable,
report also on
Statistical Summary
of Certain
Liabilities and
Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.

2

In re  Michael Shayne Magness               ,       Case No.   1:08-bk-17223-KT
          **Debtor**                                                   **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 79626052 Honda Financial Svcs. P.O. Box 168088 Irving TX 75016-8088 | | H | 12/23/2005 Note/Pink Slip ATV _____ VALUE $ 3,000.00 | X | X | | 3,900.00 | |
| ACCOUNT NO. xxx8831 GE Money Bank P.O. Box 981127 El Paso, TX 79998 | | H | 03/01/2008 Note/Pink Slip Motorcycle _____ VALUE $ 2,500.00 | X | X | | 4,200.00 | |
| ACCOUNT NO. 6200557913 Thor Credit Corp P.O. Box 51826 | | H | 12/27/2004 Note RV _____ VALUE $ 12,000.00 | X | X | | 22,000.00 | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. __3__ of __3__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

$ 30,100.00

$

Total(s) ▶
(Use only on last page)

$ 1,151,572.33

$

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6E (Official Form 6E) (12/07)

In re  Michael Shayne Magness                          ,                Case No._1:08-bk-17223-KT____
                              **Debtor**                                                          **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."      If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B 6E (Official Form 6E) (12/07) – Cont.


**In re** <u>Michael Shayne Magness</u>      ,       **Case No.** <u>1:08-bk-17223-KT</u>

       **Debtor**                        **(if known)**


☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).


☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).



* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.


<u>  1  </u>   continuation sheets attached

B 6E (Official Form 6E) (12/07)    Cont.

In re  Michael Shayne Magness                    ,        Case No.  1:08-bk-17223-KT
                    **Debtor**                                         (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  558570884 <br><br> Internal Revenue Service <br> Austin TX 73301 | | H | 04/15/2006 | | | | 13,000.00 | 13,000.00 | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no._____ of  1  continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)    $ 13,000.00    $ 13,000.00

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $ 13,000.00    $

B 6F (Official Form 6F) (12/07)

In re  Michael Shayne Magness                ,      Case No.  1:08-bk-17223-KT
_____                    _____
              **Debtor**                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. BC379861<br><br>Atila Vass<br>626 Museum Dr.<br>Los Angeles CA 90065 | | H | Law Suit Superior Court of the State of California for the County of Los Angeles Case # BC379861 | | | | 1,000,000.00 |
| ACCOUNT NO. 7497537299950<br><br>Bank of America<br>P.O. Box 15102<br>Wilmington, DE 19886-5102 | | H | 05/01/2006<br>Unsecured Credit Line<br>Acct. 749 75372 9995 02 | | | | 25,000.00 |
| ACCOUNT NO. 5466 0420 0243<br><br>Chase Cardmember Services<br>PO Box 94014<br>Palatine, IL 60094-4014 | | H | 01/01/2008<br>Unsecured Credit Card<br>Acct. 5466 0420 0243 5608 | | | | 13,000.00 |
| ACCOUNT NO.<br><br>American Express<br>P.O. Box 0001<br>Los Angeles CA 90096 | | H | 01/01/2006<br>Unsecured Credit Card<br>Acct.: 3717-141678-12004 | | | | 12,000.00 |

                                                              Subtotal▶ | $ 1,050,000.00

  4   continuation sheets attached

                                                                 Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re   Michael Shayne Magness                    ,          Case No.  1:08-bk-17223-KT
                    **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Citi Cards <br> P.O. Box 6940 <br> The Lakes, NV 88901 | | H | 01/01/2005 <br> Unsecured Credit Card <br> Acct. <br> 5424-1808-4743-6802 | | | | 8,600.00 |
| ACCOUNT NO. <br><br> Dana Sherman <br> P.O. Box 570775 <br> Tarzana, CA 91357-0775 | | H | 05/01/2008 <br> Attorney Fees <br> Re: Atila Vass case | | | | 10,000.00 |
| ACCOUNT NO. <br><br> HSBC Card Services <br> P.O. Box 60102 <br> City of Industry CA 91716 | | H | 01/01/2004 <br> Unsecured Credit Card <br> Acct. 5488975004274455 | | | | 3,000.00 |
| ACCOUNT NO. <br><br> PayPal Plus Credit Card <br> P.O. Box 960080 <br> Orlando, FL 32896 | | H | 03/01/2006 <br> Unsecured Credit Card <br> Acct. 5581588032691602 | | | | 4,500.00 |
| ACCOUNT NO. <br><br> GE Money Bank <br> P.O. Box 960061 <br> Orlando FL 32896-0061 | | H | 09/01/2007 <br> Unsecured Credit Card <br> Acct. 6034590031643254 | | | | 2,059.00 |

Sheet no.  2  of  4   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤    $    28,159.00

Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Michael Shayne Magness                    ,          Case No.  1:08-bk-17223-KT
            **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 445045685950<br><br>Macys<br>P.O. Box 6938<br>The Lakes, NV 88901-6938 | | H | 03/01/1986<br>Unsecured Credit Card | | | | 2,900.00 |
| ACCOUNT NO.<br><br>Home Depot Credit Svcs<br>P.O. Box 6028<br>The Lakes, NV 88901-6028 | | H | 09/01/2004<br>Unsecured Credit Card<br>Acct. 6035320169052808 | | | | 6,500.00 |
| ACCOUNT NO.<br><br>Lowes<br>P.O. Box 960010<br>Orlando, FL 32896-0010 | | H | 12/01/2005<br>Unsecured Credit Card<br>Acct. 4305982493593597 | | | | 4,500.00 |
| ACCOUNT NO.<br><br>WAMU<br>P.O. Box 660487<br>Dallas, TX 75266-0487 | | H | 12/15/2005<br>Unsecured Credit Card<br>Acct. 4185868006218837 | | | | 4,500.00 |
| ACCOUNT NO.<br><br>Capital One Bank<br>P.O. Box 60024<br>City of Industry, CA 91716 | | | 01/01/2003<br>Unsecured Credit Card<br>Acct. 4862362379104311 | | | | 1,100.00 |

Sheet no. __3__ of __5__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $   19,500.00

Total➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re   Michael Shayne Magness                    ,          Case No.   1:08-bk-17223-KT
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Capital One Bank <br> P.O. Box 60024 <br> City of Industry, CA 91716 | | H | 01/01/2004 <br> Unsecured Credit Card <br> Acct. 5178057323791165 | | | | 2,200.00 |
| ACCOUNT NO. <br><br> Capital One Bank <br> P.O. Box 60024 <br> City of Industry, CA 91716 | | H | 05/01/2005 <br> Unsecured Credit Card <br> Acct. 4121741471498514 | | | | 850.00 |
| ACCOUNT NO. <br><br> Time Warner Cable <br> PO Box 60074 <br> City of Industry, CA 91716 | | H | 11/07/2005 <br> Utility- Internet Bill <br> Acct. 8448200011696647 | | | | 200.00 |
| ACCOUNT NO. <br><br> Dish Network <br> PO Box 7203 <br> Pasadena, CA 91109-7303 | | H | 03/01/2006 <br> Utility-TV Sattelite <br> Acct. 8255909556334594 | | | | 200.00 |
| ACCOUNT NO. <br><br> LADWP <br> P.O Box 30808 <br> Los Angeles, CA 90030-0808 | | H | 12/01/2008 <br> Utility- Water&Power <br> Acct. CAN1165725056 | | | | 2,700.00 |

Sheet no. __4__ of __5__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $  6,150.00

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Michael Shayne Magness _____ ,          Case No.  1:08-bk-17223-KT _____
       **Debtor**                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> FedEx <br> P.O. Box 7221 <br> Pasadena, CA 91109-7321 | | H | 04/01/2008 <br> Overnight Business Mail <br> Acct. 368519820 | | | | 45.00 |
| ACCOUNT NO. <br><br> IC Systems <br> 444 Hwy 96 E. POBox 64886 <br> St. Paul, MN 55164-0886 | | H | 06/01/2008 <br> Ebay Inc. Svc Fee <br> Acct. 41230922-15 | | | | 30.48 |
| ACCOUNT NO. <br><br><br> | | | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | | | |

Sheet no. __5__ of __5__  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                Subtotal➤    $     75.48

Total➤    $    1,103,884.48
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re  Michael Shayne Magness                    ,          Case No.  1:08-bk-17223-KT
          **Debtor**                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

B 6H (Official Form 6H) (12/07)

**In re** Michael Shayne Magness                    ,                    **Case No.** 1:08-bk-17223-KT
                    **Debtor**                                                                (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re  Michael Shayne Magness                    ,        Case No.  1:08-bk-17223-KT
              **Debtor**                                                         **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Single | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| **Employment:** | DEBTOR | SPOUSE |
| Occupation | Mortgage Consultant | |
| Name of Employer | NL Inc. / RPM Mortgage | |
| How long employed | 6 months | |
| Address of Employer | 3500 S. Supelveda Blvd. Suite A Manhattan Beach, CA 90266 | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| | | |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $    4,000.00 | $ |
| 2. Estimate monthly overtime | $    4,000.00 | $ |
| 3. SUBTOTAL | $    4,000.00 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
|   a. Payroll taxes and social security | $ | $ |
|   b. Insurance | $ | $ |
|   c. Union dues | $ | $ |
|   d. Other (Specify): _____ | $ | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $    0.00 | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $    4,000.00 | $ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $    0.00 | $ |
| 8. Income from real property | $    0.00 | $ |
| 9. Interest and dividends | $    0.00 | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $    0.00 | $ |
| 11. Social security or government assistance (Specify):_____ | $    0.00 | $ |
| 12. Pension or retirement income | $    0.00 | $ |
| 13. Other monthly income (Specify):_____ | $    0.00 | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $    0.00 | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $    4,000.00 | $ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $    4,000.00 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
The real estate market is going to continue being soft over the next 1 to 3 years.  This will present challenges to me in obtaining steady income.

B6J (Official Form 6J) (12/07)

In re  Michael Shayne Magness                     ,                     Case No.  1:08-bk-17223-KT
                     **Debtor**                                                              **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 3,150.00 |
|     a. Are real estate taxes included?    Yes _____  No ✔ | |
|     b. Is property insurance included?    Yes _____  No ✔ | |
| 2. Utilities:  a. Electricity and heating fuel | $ 300.00 |
|     b. Water and sewer | $ 164.00 |
|     c. Telephone | $ 30.00 |
|     d. Other  Business Cell Phone Use | $ 165.00 |
| 3. Home maintenance (repairs and upkeep) | $ 200.00 |
| 4. Food | $ 600.00 |
| 5. Clothing | $ 300.00 |
| 6. Laundry and dry cleaning | $ 50.00 |
| 7. Medical and dental expenses | $ 100.00 |
| 8. Transportation (not including car payments) | $ 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 250.00 |
| 10. Charitable contributions | $ 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $ 80.00 |
|     b. Life | $ 127.00 |
|     c. Health | $ 358.00 |
|     d. Auto | $ 100.00 |
|     e. Other _____ | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify)  Property Taxes and Income Tax | $ 1,200.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $ |
|     b. Other  RV | $ 225.00 |
|     c. Other  Motorcycle/ATV | $ 230.00 |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 150.00 |
| 17. Other  Sons school tuition | $ 484.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 8,363.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

The real estate market and economy will continue to be rough.  We have not seen the worst of it yet.  This continues to make my income less than predictable until we see  some stability.

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
|     a. Average monthly income from Line 15 of Schedule I | $ 4,491.72 |
|     b. Average monthly expenses from Line 18 above | $ 8,363.00 |
|     c. Monthly net income (a. minus b.) | $ -3,781.28 |

February 2006                                                    2006 USBC Central District of California

| UNITED STATES BANKRUPTCY COURT |
| CENTRAL DISTRICT OF CALIFORNIA |

| In re  Michael Shayne Magness | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NO.: 1:08-bk-17223 |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT  TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, _Michael Shayne Magness_____, the debtor in this case, declare under penalty
       *(Print Name of Debtor)*

of perjury under the laws of the United States of America that:

☒    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the
     60-day period prior to the date of the filing of my bankruptcy petition.
     *(NOTE:  the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
     no payment from any other employer.

☐    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, _____, the debtor in this case, declare under penalty of
       *(Print Name of Joint Debtor, if any)*

perjury under the laws of the United States of America that:

☐    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for
     the 60-day period prior to the date of the filing of my bankruptcy petition.
     *(NOTE:  the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
     no payment from any other employer.

☐    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date _10 - 15 - 2008_____       Signature _Michael Magness_____
                                       *Debtor*

Date _____       Signature _____
                                    *Joint Debtor (if any)*

**View history for:  S02 - Gold Checking - $5,163.05**

| Date | Description | Deposit | Withdrawal | Balance |
|------|-------------|---------|------------|---------|
| 09/22/08 | OvrDrft Priv Fee | | $25.00 | $3,085.54 |
| 09/22/08 | CHECK #6597  view image | | $250.00 | $3,110.54 |
| 09/22/08 | Online Fee WASHINGTON MUTUAL 20040 VENTURA BLVD WOODLAND HILL CA %% Card 20 #1619 | | $1.00 | $3,360.54 |
| 09/22/08 | OvrDrft Priv Fee | | $25.00 | $3,361.54 |
| 09/22/08 | #006067 WASHINGTON MUTUAL 20040 VENTURA BLVDWOODLAND HILL CA%% Card 20 #1619 | | $302.00 | $3,386.54 |
| 09/22/08 | WWW*EARTHLINK.NET 800-719-466 0 Date 09/20/08 826421000217 4816 %% Card 20 #1619 | | $61.44 | $3,688.54 |
| 09/22/08 | RALPHS #0070 WOODLAND HI LL Date 09/19/08 826429463886 5411 %% Card 20 #1619 | | $20.99 | $3,749.98 |
| 09/22/08 | SMARTNFINAL32410103240 WOODLAND HI LL Date 09/20/08 826526929120 5411 %% Card 20 #1619 | | $79.95 | $3,770.97 |
| 09/22/08 | SMARTNFINAL32410103240 WOODLAND HI LL Date 09/19/08 826329929170 5411 %% Card 20 #1619 | | $85.84 | $3,850.92 |
| 09/22/08 | EXXONMOBIL 14133920 CANOGA PARK US Date 09/19/08 826423378000 5542 %% Card 20 #1619 | | $35.05 | $3,936.76 |
| 09/19/08 | #000000004658 BURBANK COMMUNITY FCU 3000 W MAGNOLIA BL#1 BURBANK CA%% Card 20 #1619 | | $200.00 | $3,971.81 |
| 09/19/08 | #000000004657 BURBANK COMMUNITY FCU 3000 W MAGNOLIA BL #1 BURBANK CA %% Card 20 #1619 %% Check hold releas | $4,081.00 | | $4,171.81 |
| 09/19/08 | NORTHWESTERN MU : ISA PAYMNT ID: 9000596067CO: NORTHWESTERN MU % % ACH Trace 021000023952668 | | $105.33 | $90.81 |
| 09/18/08 | #262001140628 TOMMY'S #17 7240 TOPANGA CANYON BLV CANOGAPARK CA%% Card 20 #1619 | | $18.79 | $196.14 |
| 09/18/08 | BY TRANSFER | $850.00 | | $214.93 |
| 09/16/08 | Overdrawn ACH MAGNESS,MICHAEL | | $25.00 | $-635.07 |
| 09/10/08 | Overdrawn 006595 In the amount $275.00. | | $25.00 | $-610.07 |
| 09/10/08 | Overdrawn 006594 In the amount $15.00. | | $25.00 | $-585.07 |
| 09/10/08 | Overdrawn ACH HSBC CARD SRVCS | | $25.00 | $-560.07 |
| 09/08/08 | Overdrawn ACH HSBC CARD SRVCS | | $25.00 | $-535.07 |
| 09/08/08 | OvrDrft Priv Fee | | $25.00 | $-510.07 |
| 09/08/08 | BLOCKBUSTER VIDEO #0626 8 RESEDA US Date 09/05/08 825121072001 7841 %% Card 20 #1619 | | $21.60 | $-485.07 |

*(handwritten annotations: "PAYROLL" next to the 09/19/08 $4,081.00 entry; "LOAN" next to the 09/18/08 BY TRANSFER entry)*

| Date | Description | | | |
|---|---|---|---|---|
| 09/05/08 | OvrDrft Priv Fee %% ACH Trace 091000015601544 | | $25.00 | $-463.47 |
| 09/05/08 | FACTS/ST. MEL EL : 9/05/08-1 ID: 1470660163CO: FACTS/ST. MEL EL | | $470.90 | $-438.47 |
| 09/05/08 | MAGNESS,MICHAEL TYPE: ING DIRECT ID: 1510394779 CO: MAGNESS,MICHAEL %% ACH Trace 031176110092587 | $25.00 | | $32.43 |
| 09/04/08 | Credit Voucher FRY'S ELECTRONICS #8 WOODLAND HI LL Date 09/03/08 824870769050 5732 %% Card 20 #1619 | $107.07 | | $7.43 |
| 09/04/08 | Credit Voucher FRY'S ELECTRONICS #8 WOODLAND HI LL Date 09/03/08 824873769050 5732 %% Card 20 #1619 | $37.89 | | $-99.64 |
| 09/04/08 | OvrDrft Priv Fee | | $25.00 | $-137.53 |
| 09/04/08 | FRY'S ELECTRONICS #8 WOODLAND HI LL Date 09/03/08 824829769033 5732 %% Card 20 #1619 | | $193.66 | $-112.53 |
| 09/04/08 | OvrDrft Priv Fee | | $25.00 | $81.13 |
| 09/04/08 | FRY'S ELECTRONICS #8 WOODLAND HI LL Date 09/03/08 824823769033 5732 %% Card 20 #1619 | | $243.56 | $106.13 |
| 09/04/08 | OvrDrft Priv Fee | | $25.00 | $349.69 |
| 09/04/08 | MCDONALD'S F3872 WOODLAND HI LL Date 09/02/08 824722710029 5814 %% Card 20 #1619 | | $13.60 | $374.69 |
| 09/04/08 | OvrDrft Priv Fee | | $25.00 | $388.29 |
| 09/04/08 | JACK IN THE BO15833049 ACTON US Date 09/01/08 824720522241 5814 %% Card 20 #1619 | | $11.43 | $413.29 |
| 09/03/08 | OvrDrft Priv Fee | | $25.00 | $424.72 |
| 09/03/08 | CHECK #6598  view image | | $28.00 | $449.72 |
| 09/03/08 | BY TRANSFER          ¹CAN | $500.00 | | $477.72 |
| 09/03/08 | REVERSE ODP FEES | $100.00 | | $-22.28 |
| 09/03/08 | OvrDrft Priv Fee %% ACH Trace 031176110172567 | | $25.00 | $-122.28 |
| 09/03/08 | MAGNESS,MICHAEL : ING DIRECT ID: 1510394779CO: MAGNESS,MICHAEL | | $25.00 | $-97.28 |
| 09/03/08 | OvrDrft Priv Fee | | $25.00 | $-72.28 |
| 09/03/08 | THE PEPBOYS 00006783 LANCASTER US Date 09/01/08 824620341010 5533 %% Card 20 #1619 | | $114.39 | $-47.28 |
| 09/03/08 | OvrDrft Priv Fee | | $25.00 | $67.11 |
| 09/03/08 | UNION 76 52150307 ACTON US Date 09/01/08 824621619801 5542 %% Card 20 #1619 | | $125.00 | $92.11 |
| 09/02/08 | OvrDrft Priv Fee %% ACH Trace 056009114959481 | | $25.00 | $217.11 |
| 09/02/08 | COUNTRYWIDE : MORTGAGE ID: 9128866004CO: COUNTRYWIDE | | $2,300.00 | $242.11 |
| 09/02/08 | From Loan 28 EASY ACCESS LOAN | $99.44 | | $2,542.11 |
| 09/02/08 | COUNTRYWIDE : MORTGAGE ID: 9128866004CO: COUNTRYWIDE %% ACH Trace 056009114959482 | | $9.00 | $2,442.67 |

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 09/02/08 | TIME WARNER CABL : TWC EFTPMT ID: C844820000CO: TIME WARNER CABL % % ACH Trace 043000265183847 | $41.95 | $2,451.67 |
| 09/02/08 | BLOCKBUSTER VIDEO #0626 8 RESEDA US Date 08/29/08 824427072001 7841 %% Card 20 #1619 | $14.90 | $2,493.62 |
| 09/02/08 | RALPHS #0070 WOODLAND HI LL Date 08/29/08 824223437213 5411 %% Card 20 #1619 | $4.54 | $2,508.52 |
| 09/02/08 | RALPHS #0070 WOODLAND HI LL Date 08/29/08 824220437213 5411 %% Card 20 #1619 | $105.85 | $2,513.06 |
| 09/02/08 | RALPHS #0070 WOODLAND HI LL Date 08/28/08 824228437213 5411 %% Card 20 #1619 | $65.30 | $2,618.91 |
| 09/02/08 | AUTOZONE #5364 CANOGA PARK US Date 08/29/08 824329438364 5533 %% Card 20 #1619 | $21.62 | $2,684.21 |
| 09/02/08 | SHELL OIL 27442167709 CANOGA PARK US Date 08/29/08 824325548305 5541 %% Card 20 #1619 | $50.63 | $2,705.83 |
| 09/02/08 | SHELL OIL 27442167709 CANOGA PARK US Date 08/29/08 824326548304 5541 %% Card 20 #1619 | $2.98 | $2,756.46 |
| 09/02/08 | ACTON AUTO PARTS ACTON US Date 09/01/08 824629020001 5533 %% Card 20 #1619 | $19.47 | $2,759.44 |
| 09/02/08 | ACTON AUTO PARTS ACTON US Date 09/01/08 824625020001 5533 %% Card 20 #1619 | $8.05 | $2,778.91 |
| 09/02/08 | ACTON AUTO PARTS ACTON US Date 09/01/08 824620020001 5533 %% Card 20 #1619 | $13.80 | $2,786.96 |
| 09/02/08 | JACK IN THE BO15833189 MOJAVE US Date 08/29/08 824420522251 5814 %% Card 20 #1619 | $12.08 | $2,800.76 |
| 09/02/08 | TARGET 00002881 WOODLAND HI LL Date 08/29/08 824228091008 5310 %% Card 20 #1619 | $163.99 | $2,812.84 |
| 08/29/08 | #000495 ARCO PAYPOINT 20055 VANOWEN STREET CANOGAPARK CA%% Card 20 #1619 | $98.55 | $2,976.83 |
| 08/29/08 | RET DEPOSIT FEE/DEPOSIT OF 08/26/08 | $25.00 | $3,075.38 |
| 08/29/08 | RETURN DEP ITEM/MAKER: STEPHEN PUCKART Return Reason -- Non-Sufficient Funds Adjustment | $300.00 | $3,100.38 |
| 08/29/08 | #004011 RALPHS 20060 VENTURA W OODLAND HILLS CA%% Card 20 #1619 | $100.00 | $3,400.38 |
| 08/29/08 | #409305 SHELL Service Station 0829081019 CANOGAPARK CA%% Card 20 #1619 | $90.00 | $3,500.38 |
| 08/29/08 | RPM MORTGAGE INC TYPE: DIRECT DEP ID: 9111111101 DATA: 1014302485 04 CO: RPM MORTGAGE INC %% ACH | *PAYROLL* $2,964.53 | $3,590.38 |
| 08/29/08 | SUBWAY 00116699 CHATSWORTH US Date 08/27/08 824125255012 5814 %% Card 20 #1619 | $17.85 | $625.85 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 08/29/08 | EXXONMOBIL 23619471 WOODLAND HI LL Date 08/27/08 824122378000 5542 %% Card 20 #1619 | $20.02 | $643.70 |
| 08/28/08 | MCDONALD'S F3872 WOODLAND HI LL Date 08/26/08 824028710030 5814 %% Card 20 #1619 | $12.39 | $663.72 |
| 08/26/08 | Deposit    *ICAN* $360.00 | | $676.11 |
| 08/26/08 | BLOCKBUSTER VIDEO #0626 8 RESEDA US Date 08/24/08 823828072000 7841 %% Card 20 #1619 | $9.94 | $316.11 |
| 08/25/08 | #001785 RALPHS 20060 VENTURA W OODLAND HILLS CA%% Card 20 #1619 | $69.19 | $326.05 |
| 08/25/08 | CAPITAL ONE : ONLINE PMT ID: 9279744991CO: CAPITAL ONE %% ACH Trace 051405515473437 | $60.00 | $395.24 |
| 08/25/08 | AMECI PIZZA AND PASTA WOODLAND HI LL Date 08/24/08 823825122387 5812 % % Card 20 #1619 | $21.64 | $455.24 |
| 08/25/08 | PETS R US 2000 WEST HILLS US Date 08/23/08 823826286499 5995 %% Card 20 #1619 | $24.88 | $476.88 |
| 08/25/08 | RALPHS #0070 WOODLAND HI LL Date 08/23/08 823625429617 5411 %% Card 20 #1619 | $34.79 | $501.76 |
| 08/25/08 | SPORTS AUTHORITY #0650 CONOGA PARK US Date 08/22/08 823621428759 5941 %% Card 20 #1619 | $41.11 | $536.55 |
| 08/25/08 | JACK INTHE BOX00233478 WOODLAND HI LL Date 08/22/08 823720522241 5814 %% Card 20 #1619 | $14.67 | $577.66 |
| 08/25/08 | CHILI'S GRI14800001487 West Hills US Date 08/23/08 823727426580 5812 %% Card 20 #1619 | $50.53 | $592.33 |
| 08/22/08 | CHECK #820  view image | $235.19 | $642.86 |
| 08/22/08 | Deposit    *ICAN* $490.00 | | $878.05 |
| 08/22/08 | WAMU/PVNPAYMENT : CREDITCARD ID: 9020118519DATA: PAYSMART CO: WAMU/PVNPAYMENT %% ACH Trace 0210000236069 | $291.00 | $388.05 |
| 08/22/08 | DISH NETWORK-ONE TIME 800-333-347 4 Date 08/20/08 823429004031 4899 % % Card 20 #1619 | $150.00 | $679.05 |
| 08/22/08 | RALPHS #0070 WOODLAND HI LL Date 08/20/08 823428427026 5411 %% Card 20 #1619 | $108.59 | $829.05 |
| 08/22/08 | POQUITO MAS WOODLAND HI LLWOODLAND HI LL Date 08/20/08 823424003984 5814 %% Card 20 #1619 | $16.17 | $937.64 |
| 08/21/08 | BLOCKBUSTER VIDEO #0626 8 RESEDA US Date 08/19/08 823324072001 7841 %% Card 20 #1619 | $9.94 | $953.81 |
| 08/21/08 | CARL'S JR #7366 Q22 RESEDA US Date 08/20/08 823329200599 5814 %% Card 20 #1619 | $7.06 | $963.75 |
| 08/20/08 | CHECK #6596  view image | $400.00 | $970.81 |
| 08/20/08 | To Loan 28 EASY ACCESS LOAN | $100.00 | $1,370.81 |

| Date | Description | | Amount | Amount | Balance |
|------|-------------|------|--------|--------|---------|
| 08/20/08 | BY TRANSFER | *LOAN* | $1,500.00 | | $1,470.81 |
| 08/20/08 | BY TRANSFER | *LOAN* | $150.00 | | $-29.19 |
| 08/20/08 | OvrDrft Priv Fee | | | $25.00 | $-179.19 |
| 08/20/08 | BAJA FRESH 10004 WOODLAND HI LL Date 08/18/08 823226118298 5814 %% Card 20 #1619 | | | $23.38 | $-154.19 |
| 08/19/08 | OvrDrft Priv Fee | | | $25.00 | $-130.81 |
| 08/19/08 | #415153 VONS Store 1671 20440 DEVONSHIRE STCHATSWORTH CA%% Card 20 #1619 | | | $6.54 | $-105.81 |
| 08/19/08 | OvrDrft Priv Fee %% ACH Trace 021000026244875 | | | $25.00 | $-99.27 |
| 08/19/08 | PayPal Plus CC : PPal EPAY ID: 9130142001CO: PayPal Plus CC | | | $128.00 | $-74.27 |
| 08/19/08 | OvrDrft Priv Fee %% ACH Trace 021000023199739 | | | $25.00 | $53.73 |
| 08/19/08 | NORTHWESTERN MU : ISA PAYMNT ID: 9000596067CO: NORTHWESTERN MU | | | $105.33 | $78.73 |
| 08/19/08 | MAGNESS,MICHAEL TYPE: ING DIRECT ID: 1510394779 CO: MAGNESS,MICHAEL %% ACH Trace 031176110215447 | | $50.00 | | $184.06 |
| 08/19/08 | OvrDrft Priv Fee | | | $25.00 | $134.06 |
| 08/19/08 | MCDONALD'S F3872 WOODLAND HI LL Date 08/17/08 823123710025 5814 %% Card 20 #1619 | | | $16.63 | $159.06 |
| 08/19/08 | OvrDrft Priv Fee | | | $25.00 | $175.69 |
| 08/19/08 | ORCHARD SUPPLY #720 CANOGA PARK US Date 08/17/08 823122004059 5200 %% Card 20 #1619 | | | $18.92 | $200.69 |
| 08/19/08 | OvrDrft Priv Fee | | | $25.00 | $219.61 |
| 08/19/08 | AMC PROMENADE 04002028 Woodland Hi l Date 08/17/08 823122931390 7832 % % Card 20 #1619 | | | $21.00 | $244.61 |
| 08/18/08 | HOME DEPOT : ONLINE PMT ID: CITICCSWEBCO: HOME DEPOT %% ACH Trace 091409707557350 | | | $201.00 | $265.61 |
| 08/18/08 | MAGNESS,MICHAEL : ING DIRECT ID: 1510394779CO: MAGNESS,MICHAEL %% ACH Trace 031176110135203 | | | $25.00 | $466.61 |
| 08/18/08 | Credit Voucher SPORT CHALET 00000158 WEST HILLS US Date 08/17/08 823071401001 5941 %% Card 20 #1619 | | $48.70 | | $491.61 |
| 08/18/08 | EL POLLO LOCO #3457 VAN NUYS US Date 08/16/08 822926276370 5814 %% Card 20 #1619 | | | $9.83 | $442.91 |
| 08/18/08 | RALPHS #0070 WOODLAND HI LL Date 08/17/08 823025422160 5411 %% Card 20 #1619 | | | $28.27 | $452.74 |
| 08/18/08 | VONS Store00016717 CHATSWORTH US Date 08/15/08 822920299014 5411 %% Card 20 #1619 | | | $31.47 | $481.01 |
| 08/18/08 | EXXONMOBIL 23619471 WOODLAND HI LL Date 08/15/08 822928378001 5542 % % Card 20 #1619 | | | $40.01 | $512.48 |

| Date | Description | | Amount | Balance |
|------|-------------|--|--------|---------|
| 08/15/08 | CARL'S JR #7353 Q33 CANOGA PARK US Date 08/14/08 822729200499 5814 %% Card 20 #1619 | | $9.85 | $552.49 |
| 08/15/08 | JACK INTHE BOX00233478 WOODLAND HI LL Date 08/12/08 822723522242 5814 %% Card 20 #1619 | | $10.13 | $562.34 |
| 08/14/08 | RET DEPOSIT FEE/DEPOSIT OF 08/10/08 | | $25.00 | $572.47 |
| 08/14/08 | RETURN DEP ITEM/MAKER: STEPHEN RUCKART Return Reason -- Non-Sufficient Funds Adjustment | | $250.00 | $597.47 |
| 08/14/08 | SPORTS AUTHORITY #0650 CONOGA PARK US Date 08/13/08 822723417487 5941 %% Card 20 #1619 | | $59.52 | $847.47 |
| 08/13/08 | CAPITAL ONE : ONLINE PMT ID: 9279744991CO: CAPITAL ONE %% ACH Trace 051405518388104 | | $100.00 | $906.99 |
| 08/13/08 | GE MONEY : PAYMENT ID: 1061537262CO: GE MONEY %% ACH Trace 021000022321200 | | $27.00 | $1,006.99 |
| 08/12/08 | AMERICAN EXPRESS : ELEC REMIT ID: 0005000008CO: AMERICAN EXPRESS %% ACH Trace 031201460619034 | | $500.00 | $1,033.99 |
| 08/12/08 | CAPITAL ONE : ONLINE PMT ID: 9279744991CO: CAPITAL ONE %% ACH Trace 051405517253946 | | $50.00 | $1,533.99 |
| 08/11/08 | AT&T : PAYMENT ID: 9991300000 CO: AT&T%% ACH Trace 028000082527286 | | $169.58 | $1,583.99 |
| 08/11/08 | EL POLLO LOCO #3457 VAN NUYS US Date 08/09/08 822226276355 5814 %% Card 20 #1619 | | $11.23 | $1,753.57 |
| 08/11/08 | RALPHS #0070 WOODLAND HI LL Date 08/10/08 822327413543 5411 %% Card 20 #1619 | | $123.12 | $1,764.80 |
| 08/11/08 | SPORT CHALET 00000158 WEST HILLS US Date 08/09/08 822321401001 5941 %% Card 20 #1619 | | $106.02 | $1,887.92 |
| 08/11/08 | AMC PROMENADE 04002028 Woodland Hi l Date 08/08/08 822229931370 7832 %% Card 20 #1619 | | $17.00 | $1,993.94 |
| 08/10/08 | #000000007701 BURBANK COMMUNITY FCU 3000 W MAGNOLIA BL#1 BURBANK CA%% Card 20 #1619 | | $40.00 | $2,010.94 |
| 08/10/08 | #000000007700 BURBANK COMMUNITY FCU 3000 W MAGNOLIA BL #1 BURBANK CA %% Card 20 #1619 | *CASH* $250.00 | | $2,050.94 |
| 08/09/08 | #000000007443 BURBANK COMMUNITY FCU 3000 W MAGNOLIA BL #1 BURBANK CA %% Card 20 #1619 %% Check hold releas | $120.00 | | $1,800.94 |
| 08/09/08 | #000000007442 BURBANK COMMUNITY FCU 3000 W MAGNOLIA BL #1 BURBANK CA %% Card 20 #1619 | *CASH* $500.00 | | $1,680.94 |
| 08/07/08 | CHECK #5555  view image | | $309.00 | $1,180.94 |
| 08/07/08 | Overdrawn ACH COUNTRYWIDE MTG | | $25.00 | $1,489.94 |
| 08/07/08 | GE MONEY : PAYMENT ID: 1061537262CO: GE MONEY %% ACH | | $160.00 | $1,514.94 |

Trace 021000025753117

| Date | Description | Credit | Debit | Balance |
|------|-------------|--------|-------|---------|
| 08/07/08 | CARL'S JR #7370 Q19 BURBANK US Date 08/06/08 821922286899 5814 %% Card 20 #1619 | | $13.50 | $1,674.94 |
| 08/06/08 | AM-HONDA : PMT ID: 3953472715 CO: AM-HONDA%% ACH Trace 021200023733097 | | $239.52 | $1,688.44 |
| 08/05/08 | Cash Withdrawal | | $200.00 | $1,927.96 |
| 08/05/08 | Deposit  *LOAN FROM PARENTS*  $2,500.00 | | | $2,127.96 |
| 08/05/08 | OvrDrft Priv Fee %% ACH Trace 091000012991920 | | $25.00 | $-372.04 |
| 08/05/08 | FACTS/ST. MEL EL : 8/05/08-1 ID: 1470660163CO: FACTS/ST. MEL EL | | $470.90 | $-347.04 |
| 08/05/08 | From Loan 28 EASY ACCESS LOAN | $9.20 | | $123.86 |
| 08/04/08 | Overdrawn ACH COUNTRYWIDE | | $25.00 | $114.66 |
| 08/04/08 | COUNTRYWIDE : MORTGAGE ID: 9128866004CO: COUNTRYWIDE %% ACH Trace 056009110394906 | | $9.00 | $139.66 |
| 08/04/08 | AMECI PIZZA AND PASTA WOODLAND HI LL Date 08/02/08 821627132164 5812 %% Card 20 #1619 | | $21.64 | $148.66 |
| 08/04/08 | BIG 5 SPORTING #109 BURBANK US Date 08/01/08 821628406001 5941 %%% Card 20 #1619 | | $111.97 | $170.30 |
| 08/04/08 | SHELL OIL 27441571208 NORTHRIDGE US Date 08/02/08 821629548288 5542 %% Card 20 #1619 | | $40.01 | $282.27 |
| 08/04/08 | CREDIT COMMUNICAT01 OF 01800-9542266 US Date 08/01/08 821626900011 7321 %% Card 20 #1619 | | $25.00 | $322.28 |
| 08/01/08 | #004115 %% Card 20 #1619RALPHS 20060 VENTURA W OODLAND HILLS CA | | $62.37 | $347.28 |
| 08/01/08 | RET DEPOSIT FEE/DEPOSIT OF 07/29/08 | | $25.00 | $409.65 |
| 08/01/08 | RETURN DEP ITEM/MAKER: STEPHEN PUCKART Return Reason -- Non-Sufficient Funds Adjustment | | $250.00 | $434.65 |
| 08/01/08 | MAGNESS,MICHAEL : ING DIRECT ID: 1510394779CO: MAGNESS,MICHAEL %% ACH Trace 031176110083602 | | $25.00 | $684.65 |
| 07/30/08 | To Loan 28 EASY ACCESS LOAN | | $10.00 | $709.65 |
| 07/30/08 | #003957 %% Card 20 #1619RALPHS 20060 VENTURA W OODLAND HILLS CA | | $61.05 | $719.65 |
| 07/29/08 | Deposit | $250.00 | | $780.70 |
| 07/29/08 | %% Card 20 #1619 TRIMANA-CENTRY PARK EAS T LOS ANGELES US Date 07/25/08 821026008008 5812 | | $9.45 | $530.70 |
| 07/29/08 | %% Card 20 #1619 CARNICERIA YAHUALICA 814-834-636 6 Date 07/27/08 821026980000 5499 | | $21.00 | $540.15 |
| 07/28/08 | CHECK #6593  view image | | $437.50 | $561.15 |
| 07/28/08 | %% Card 20 #1619 RALPHS #0070 WOODLAND HI LL Date 07/27/08 820928395826 5411 | | $15.12 | $998.65 |

| Date | Description | | Amount | Balance |
|------|-------------|---|--------|---------|
| 07/28/08 | %% Card 20 #1619 CENTURY PARK WEST 11507 LOS ANGELES US Date 07/25/08 820820016000 7523 | | $16.00 | $1,013.77 |
| 07/28/08 | %% Card 20 #1619 JACK INTHE BOX00233478 WOODLAND HI LL Date 07/23/08 820722522242 5814 | | $12.39 | $1,029.77 |
| 07/28/08 | %% Card 20 #1619 EXXONMOBIL 23619471 WOODLAND HI LL Date 07/26/08 820925378000 5542 | | $50.03 | $1,042.16 |
| 07/28/08 | %% Card 20 #1619 EXXONMOBIL 23619471 WOODLAND HI LL Date 07/24/08 820723378001 5542 | | $35.02 | $1,092.19 |
| 07/24/08 | STATEMENT COPY | | $5.00 | $1,127.21 |
| 07/24/08 | CAPITAL ONE : ONLINE PMT ID: 9279744991CO: CAPITAL ONE %% ACH Trace 051405513319888 | | $25.00 | $1,132.21 |
| 07/23/08 | COUNTRYWIDE MTG : MTG PYMT ID: 9128866004DATA: 08/07/23NSF7701393 CO: COUNTRYWIDE MTG %% ACH Trace 056009 | | $500.00 | $1,157.21 |
| 07/23/08 | HSBC CARD SRVCS : Online Pmt ID: 2000000510CO: HSBC CARD SRVCS %% ACH Trace 021001086622491 | | $88.00 | $1,657.21 |
| 07/22/08 | WIRE IN FEE | *PAYROLL* | $10.00 | $1,745.21 |
| 07/22/08 | WIRE IN FIRST REPUBLIC BANK N L INC | $2,131.50 | | $1,755.21 |
| 07/22/08 | OvrDrft Priv Fee %% ACH Trace 051405511815165 | | $25.00 | $-376.29 |
| 07/22/08 | CAPITAL ONE : ONLINE PMT ID: 9279744991CO: CAPITAL ONE | | $50.00 | $-351.29 |

Statement Regarding Assistance of Non-Attorney - Local Rule 1002-1 (Rev. 9/01)
2001 USBC, Central District of California

<table>
<tr><td colspan="2" align="center"><b>UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA</b></td></tr>
</table>

| In re<br>Social Security No. 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 | Case No.<br>1:08-bk-17223-KT |
|---|---|
| Social Security No. | Chapter 7 |
| Debtor(s) EIN No. _____ | **STATEMENT REGARDING ASSISTANCE OF NON-ATTORNEY WITH RESPECT TO THE FILING OF BANKRUPTCY CASE** |

**THE DEBTOR/JOINT DEBTOR DOES HEREBY STATE AND REPRESENT:**

ꟾ I received **assistance** from a **non-attorney** in connection with the filing of my bankruptcy case.

1. I paid the sum of $ _____ N/A _____

2. I still owe the sum of $_____

3. I agreed to turn over or give a security interest in the following property:


4. The name of the person or the name of the firm that assisted me was:

Name:
Address:
Telephone:


Xꟾ I did not receive **assistance** from a **non-attorney** in connection with the filing of my bankruptcy case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at _Woodland Hills_____, California.
Executed on: ____10-15-2008_____
                    Date

_____
                    Debtor

_____
                    Joint Debtor

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  Michael Shayne Magness            ,                Case No.  1:08-bk-17223-KT
_____Debtor_____                                    _____(if known)_____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

   I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   21   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  10/15/2008 _____           Signature: _____
                                                                    Debtor

Date _____           Signature: _____
                                                              (Joint Debtor, if any)

                                                      [If joint case, both spouses must sign.]

--------------------------------------------------------------------------
**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

   I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer                     *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
  Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*
--------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   21   sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                                    Signature: _____

                                                _____
                                                [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
--------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

Statement Regarding Assistance of Non-Attorney - Local Rule 1002-1 (Rev. 9/01)
2001 USBC, Central District of California

<table>
<tr><td colspan="2" align="center"><b>UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA</b></td></tr>
</table>

| In re<br>Social Security No. 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 | Case No.<br>1:08-bk-17223-KT |
|---|---|
| _____<br>Social Security No. | Chapter 7 |
| Debtor(s) EIN No. _____ _____ | **STATEMENT REGARDING ASSISTANCE OF NON-ATTORNEY WITH RESPECT TO THE FILING OF BANKRUPTCY CASE** |

**THE DEBTOR/JOINT DEBTOR DOES HEREBY STATE AND REPRESENT:**

[ ] I received **assistance** from a **non-attorney** in connection with the filing of my bankruptcy case.

1. I paid the sum of $_____

2. I still owe the sum of $_____

3. I agreed to turn over or give a security interest in the following property:


4. The name of the person or the name of the firm that assisted me was:

Name:
Address:
Telephone:


X [ ] I did not receive **assistance** from a **non-attorney** in connection with the filing of my bankruptcy case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at _Woodland Hills_____, California.
Executed on: _10-15-2005_____
                        Date

                                      _Michael Nguyen_____
                                              Debtor

                        _____
                                        Joint Debtor

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re __Michael Shayne Magness__ ,                      Case No. __1:08-bk-17223-KT__
                  **Debtor**                                                    **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __21__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __10/15/2008__                      Signature: _Michael Magness_
                                                                        **Debtor**

Date _____                      Signature: _____
                                                                        (Joint Debtor, if any)

                                                    [If joint case, both spouses must sign.]

------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer                   *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
  Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __21__ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                              Signature: _____

                                              _____
                                              [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows:  (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   *N/A*

2. (If petitioner is a partnership or joint venture)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   *N/A*

3. (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   *N/A*

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   *N/A*

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at *Woodland Hills* , California.

Dated *10/15/2005*

Debtor

Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

# F 1015-2.1

B 6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### Central District of California

In re  Michael Shayne Magness                ,
          Debtor

Case No.   1:08-bk-17223-KT

Chapter   7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $     13,000.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $     13,000.00 |

State the following:

| | | |
|---|---|---|
| Average Income  (from Schedule I, Line 16) | $ | 4,000.00 |
| Average Expenses (from Schedule J, Line 18) | $ | 8,363.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 4,000.00 |

State the following:

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $     13,000.00 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | 0.00 |
| 4. Total from Schedule F | | | $ 1,103,884.48 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ 1,103,884.48 |

B 22A (Official Form 22A) (Chapter 7) (01/08)

In re  Michael Shayne Magness
           Debtor(s)

Case Number:  1:08-bk-17223
           (If known)

> According to the calculations required by this statement:
>
> ☐ **The presumption arises.**
> ☐ **The presumption does not arise.**
>
> (Check the box as directed in Parts I, III, and VI of this statement)

## CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
## AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| | **Part I. EXCLUSION FOR DISABLED VETERANS AND NON-CONSUMER DEBTORS** |
|---|---|
| 1A | If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☑ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |

| | **Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION** | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A** Debtor's Income | **Column B** Spouse's Income |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |

B 22A (Official Form 22A) (Chapter 7) (01/08)                                                                 2

| | | | |
|---|---|---|---|
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | |
| | a. | Gross receipts | $ |
| | b. | Ordinary and necessary business expenses | $ |
| | c. | Business income | Subtract Line b from Line a |

(Line 4 totals: Column A $ ___  Column B $ ___)

| | | | |
|---|---|---|---|
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | |
| | a. | Gross receipts | $ |
| | b. | Ordinary and necessary operating expenses | $ |
| | c. | Rent and other real property income | Subtract Line b from Line a |

(Line 5 totals: Column A $ ___  Column B $ ___)

| 6 | **Interest, dividends and royalties.** | $ | $ |
|---|---|---|---|
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ | $ |

| | | | |
|---|---|---|---|
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: | | |
| | Unemployment compensation claimed to be a benefit under the Social Security Act    Debtor $ _____    Spouse $ _____ | $ | $ |

| | | | |
|---|---|---|---|
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
| | a. | | $ |
| | b. | | $ |
| | Total and enter on Line 10 | $ | $ |

| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ | $ |
|---|---|---|---|
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ | |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
|---|---|---|

B 22A (Official Form 22A) (Chapter 7) (01/08)    4

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | | | $ |
|---|---|---|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | | | |
| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ | |
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ | |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ |
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below:<br><br>_____<br>_____<br>_____ | | | $ |
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0  ☐ 1  ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | | | $ |
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | | | $ |
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1  ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | | | |
| | a. | IRS Transportation Standards, Ownership Costs | $ | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ |

<table>
<tr><td rowspan="4">24</td><td colspan="2"><strong>Local Standards: transportation ownership/lease expense; Vehicle 2.</strong> Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at <u>www.usdoj.gov/ust/</u> or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. <strong>Do not enter an amount less than zero.</strong></td><td></td></tr>
<tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs</td><td>$</td><td></td></tr>
<tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42</td><td>$</td><td></td></tr>
<tr><td>c.</td><td>Net ownership/lease expense for Vehicle 2</td><td>Subtract Line b from Line a.</td><td>$</td></tr>
</table>

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self-employment taxes, social-security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
|---|---|---|
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service—such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

<table>
<tr><td colspan="2" align="center"><strong>Subpart B: Additional Living Expense Deductions</strong><br><strong>Note: Do not include any expenses that you have listed in Lines 19-32</strong></td></tr>
</table>

B 22A (Official Form 22A) (Chapter 7) (01/08)                                                                            6

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | |
|---|---|---|
| | a. | Health Insurance | $ |
| | b. | Disability Insurance | $ |
| | c. | Health Savings Account | $ |
| | Total and enter on Line 34 | $ |
| | **If you do not actually expend this total amount**, state your actual total average monthly expenditures in the space below:<br>$ _____ | |

| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
|---|---|---|
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

| **Subpart C: Deductions for Debt Payment** |
|---|

B 22A (Official Form 22A) (Chapter 7) (01/08)                                                                                    7

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | |
|---|---|---|

| | | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|---|
| | a. | | | $ | ☐ yes ☐ no |
| | b. | | | $ | ☐ yes ☐ no |
| | c. | | | $ | ☐ yes ☐ no |
| | | | | Total: Add Lines a, b and c. | |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |
|---|---|---|

| | | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|---|
| | a. | | | $ |
| | b. | | | $ |
| | c. | | | $ |
| | | | | Total: Add Lines a, b and c |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|---|---|---|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |
|---|---|---|

| | a. | Projected average monthly chapter 13 plan payment. | $ |
|---|---|---|---|
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x |
| | c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|---|---|---|

## Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |
|---|---|---|

B 22A (Official Form 22A) (Chapter 7) (01/08)

8

| | Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION | |
|---|---|---|
| 48 | Enter the amount from Line 18 (Current monthly income for § 707(b)(2)) | $ |
| 49 | Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2)) | $ |
| 50 | Monthly disposable income under § 707(b)(2). Subtract Line 49 from Line 48 and enter the result | $ |
| 51 | 60-month disposable income under § 707(b)(2). Multiply the amount in Line 50 by the number 60 and enter the result. | $ |
| 52 | Initial presumption determination. Check the applicable box and proceed as directed.<br><br>☐ The amount on Line 51 is less than $6,575 Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ The amount set forth on Line 51 is more than $10,950. Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ The amount on Line 51 is at least $6,575, but not more than $10,950. Complete the remainder of Part VI (Lines 53 through 55). | |
| 53 | Enter the amount of your total non-priority unsecured debt | $ |
| 54 | Threshold debt payment amount. Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | Secondary presumption determination. Check the applicable box and proceed as directed.<br><br>☐ The amount on Line 51 is less than the amount on Line 54. Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ The amount on Line 51 is equal to or greater than the amount on Line 54. Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

| | Part VII: ADDITIONAL EXPENSE CLAIMS | |
|---|---|---|
| 56 | Other Expenses. List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| | Total:  Add Lines a, b and c | $ |

| | Part VIII: VERIFICATION | |
|---|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br><br>Date: __10/15/2008__   Signature: _Michael J. _____ (Debtor)_<br><br>Date: _____   Signature: _____ (Joint Debtor, if any) | |

Verification of Creditor Mailing List - (Rev. 10/05)
2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name __Michael Shayne Magness__

Address __5628 Comanche Ave. Woodland Hills, CA 91367__

Telephone __818-712-9804__

☐ Attorney for Debtor(s)
☒ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
| --- | --- |
| List all names including trade names used by Debtor(s) within last 8 years): Mike Magness | Case No.: 1:08-bk-17223-KT |
| | Chapter: 7 |
| | |

# VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __2__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: __±10-15-2008__

_____
_Debtor_

_____
_Attorney (if applicable)_

_____
_Joint Debtor_

## *Exhibit 1*

Michael Magness
5628 Comanche Ave.
Woodland Hills, CA 91367

## *Exhibit 2*

American Express
P.O. Box 0001
Los Angeles CA 90096

PayPal Plus Credit Card
P.O. Box 960080
Orlando, FL 32896

GE Money Bank
P.O. Box 960061
Orlando FL 32896-0061

Time Warner Cable
PO Box 60074
City of Industry, CA 91716

Dish Network
PO Box 7203
Pasadena, CA 91109-7303

LADWP
P.O Box 30808
Los Angeles, CA 90030-0808

IC Systems
444 Hwy 96 E. P.O. Box 64886
St. Paul, MN 55164-0886