| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Barry P. King, Esq. (State Bar No. 53890)<br>LAW OFFICES OF BARRY P. KING<br>1901 Avenue of the Stars, Suite 390<br>Los Angeles, California 90067<br>Tel: (310) 277-0420<br>Fax: (310) 277-0490<br><br>☐ Individual appearing without counsel<br>☒ Attorney for: Creditor/Movant, ATILA VASS | FILED<br>FEB 26 2009<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk<br><br>ENTERED<br>FEB 26 2009<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>MICHAEL SHAYNE MAGNESS, Debtor<br>DAVID KEITH GOTTLIEB, Chapter 7 Trustee<br>Debtor(s) | CHAPTER: 7<br>CASE NO.: 1:08-BK-17223 (KT-SV)<br>DATE: December 4, 2008<br>TIME: 9:30 a.m.<br>CTRM: 301<br>FLOOR: |

LODGED JAN 30 2009 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY _____ Deputy Clerk

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
UNDER 11 U.S.C. § 362 (Action in Non-bankruptcy Forum)
(MOVANT:     Creditor, ATILA VASS                    )**

1. ~~The Motion~~ was:  ☒ Contested    ☐ Uncontested    ☐ Settled by stipulation

2. The Motion affects the following non-bankruptcy case or administrative proceeding:

    Case name: BC 179861

    Docket number:

    Court or agency where pending: Los Angeles Superior Court

3. The Motion is provisionally granted under:    ☒ 11 U.S.C. § 362(d)(1)    ☐ 11 U.S.C. § 362(d)(2)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
    a. ☐ Terminated as to Debtor(s) and Debtor's(s') estate.
    b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
    c. ☒ Modified or conditioned as set forth in Exhibit  "A"  to this Order.

5. Movant may proceed in the non-bankruptcy forum to final judgment (including any appeals) in accordance with applicable non-bankruptcy law with respect to issues relating to title. Issues relating to debt are retained by the Bankruptcy Court.

6. **Limitations on Enforcement of Judgment:** Movant is permitted to enforce its final judgment only by *(specify all that apply)*:
    a. ☐ Collecting upon any available insurance in accordance with applicable non-bankruptcy law.
    b. ☒ Proceeding against the Debtor(s) as to NON-estate property or earnings as.

*(Continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised May 2004                                              **F 4001-1O.NA**

**F 4001-1O.NA**

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 2 of* ____

| In re    (SHORT TITLE) | CHAPTER: 7 |
|---|---|
| MICHAEL S. MAGNESS                                          Debtor(s). | CASE NO.: 1:08-BK-17223 (KT-SV) |

7. This Court further orders as follows:
   a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
   b. ☐ The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.
   d. ☒ See attached continuation page for additional provisions.

Dated: ~~January, 2009~~

FEB 2 6 2009

_Kathleen Thompson_
_____
UNITED STATES BANKRUPTCY JUDGE

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

**F 4001-1O.NA**

Revised May 2004

**EXHIBIT "A" TO ORDER GRANTING MOTION FOR**

**RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. §362**

(Action in Non-bankruptcy Forum)

(MOVANT:  Creditor, ATILA VASS)

1. The Motion is provisionally GRANTED, effective February 4, 2009.

2. The Trustee has the obligation to make a determination as to whether to defend the action or abandon it.

**F 4001-1O.NA**

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 3 of* _____

| In re   (SHORT TITLE) | CHAPTER: 7 |
|---|---|
| MICHAEL S. MAGNESS                                    Debtor(s). | CASE NO.: 1:08-BK-17223 (KT-SV) |

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

**TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:**

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1, that an ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (in whole or in part) was entered on *(specify date)*:

   FEB 2 6 2009

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on *(specify date)*:

   FEB 2 6 2009

Dated:  FEB 2 6 2009

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
    *Deputy Clerk*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised May 2004*                                                              **F 4001-1O.NA**

## PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           ) s.s.
COUNTY OF LOS ANGELES      )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1901 Avenue of the Stars, Suite 390, Los Angeles, California 90067-6001.

      On **January 30, 2009**, I served the foregoing document(s) described as:

[PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC
STAY UNDER 11 U.S.C. §362 (Action in Non-Bankruptcy Forum)
(Movant: Creditor, ATILA VASS)

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

SEE ATTACHED SERVICE LIST

  **X**  **(BY MAIL)** In accordance with the regular mail collection and processing practices of this business office, with which I am familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelopes for collection and mailing on this same date following ordinary business practices.

  ____  **(BY PERSONAL SERVICE)**

      ____  By personally delivering copies to the person served
      ____  I delivered such envelope by hand to the offices of the addressees indicated pursuant to C.C.P. Section 1011 as set forth above..
      ____  I caused such envelope to be delivered by hand to the office of the addressee, either by overnight delivery via Federal Express or by local courier.
      ____  I caused such envelope to be delivered to the office of the addressee, either by telecopier or facsimile machine, pursuant to the provision of California Rules of Court 2.306. Proofs of such delivery are attached to this proof of service.

**STATE**

  ____  I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **January 30, 2009**, at Los Angeles, California.

**FEDERAL**

  **X**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on **January 30, 2009**, at Los Angeles, California.

*/s/ Clifford D. Martin*

Clifford D. Martin

## SERVICE LIST

Michael S. Magness                                      *Debtor (In Pro Per)*
5628 Comanche Avenue
Woodland Hills, California 91367-5509

David Keith Gottlieb, Esq.                              *Chapter 7 Trustee*
15233 Ventura Boulevard, 9th Floor
Sherman Oaks, California 90403-2550